The Honorable PAUL B. SNYDER
Hearing Date: May 7, 2015
Hearing Time: 9:00 a.m.
Response Date: April 30, 2015
Chapter 7 Proceeding
Tacoma, Washington

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>SILVERLAKE HIGHLANDS, LLC,<br><br>　　　　　　　　　Debtor, | Bankruptcy Case No.: 12-48192<br><br>MOTION TO SELL REAL PROPERTY PURSUANT TO 11 USC 363(b) (1) & (f) |

**COMES NOW**, the Trustee, Mark D. Waldron, by and through his attorneys, ORLANDINI & WALDRON, PS, and moves this Court for an Order Approving the sale of real property of the estate. Pursuant to 11 USC §363(b)(1)&(f), you and each of you are hereby notified that unless objection is made, filed, and served on the Trustee on or before the date listed above, the Trustee of the above-entitled estate, MARK D. WALDRON, by and through his attorneys, ORLANDINI & WALDRON, P.S., intends to sell certain real property of the Debtor's estate.

## I. SALE OF LOTS 1, 2 & 3

1. The Trustee will proceed to sell Lots 1, 2 and 3 of the real property of the debtor's estate located in Pierce County, Washington and legally described as follows:

Motion to Sell Real Property - 1

LAW OFFICES
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

Case 12-48192-PBS    Doc 66    Filed 03/31/15    Ent. 03/31/15 11:00:35    Pg. 1 of 4

**Lot 1, 2 and 3 as shown on that certain Large Lot Parcel Map entitled NISQUALLY-TANWAX CREEK recorded April 3, 1997, under Pierce County Auditor's No. 9704030428, said Tracts being a portion of the South half of Section 11, Township 16 North, Range 3 East of W.M., records of Pierce County, Washington.**

**Tax account Nos: 0316114017, 0316114018 and 0316114019**

2. The Trustee intends to sell this real property to CHERYL HOVDA and JAMES M. HODGEBOOM, husband and wife, or the highest buyer that will pay the sum of $195,000.00 or more, all cash at closing. The costs of sale are estimated at approximately $19,000.00. There is no underlying perfected liens, however there are past due property taxes on these parcels that total approximately $ 70,899.56 ($29,192.02 for Lot 1, $20,853.77 for Lot 2 and $20,853.77 for Lot 3). The Trustee will pay the real estate taxes which are due at closing. This sale shall be conveyed to CHERYL HOVDA and JAMES M. HODGEBOOM, or the highest buyer, free and clear of all liens, claims of creditors, and encumbrances, with liens and encumbrances attaching to proceeds.

## II. SALE OF LOT 6

3. The Trustee also will also proceed to sell Lot 6 of the real property of the Debtor's estate located in Pierce County, Washington and legally described as follows:

**Lot 6 as shown on that certain Large Lot Parcel Map entitled NISQUALLY-TANWAX CREEK recorded April 3, 1997, under Pierce County Auditor's No. 9704030428, said Tracts being a portion of the South half of Section 11, Township 16 North, Range 3 East of W.M., records of Pierce County, Washington.**

**Tax account No: 0316113003**

4. The Trustee intends to sell Lot 6 listed above to JASON BRIGGS, or the highest buyer that will pay the sum of $79,000.00 or more, all cash at closing. The costs of sale are estimated at $7,900.00. There are no underlying perfected liens, however there are past due property taxes on this parcel that total approximately $23,999.90. The Trustee will

Motion to Sell Real Property - 2

LAW OFFICES
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

Case 12-48192-PBS    Doc 66    Filed 03/31/15    Ent. 03/31/15 11:00:35    Pg. 2 of 4

pay the real estate taxes which are due at closing. This sale shall be conveyed to JASON BRIGGS, or the highest buyer, free and clear of all liens, claims of creditors, and encumbrances, with liens and encumbrances attaching to proceeds.

5. These sales are subject to the several Purchase and Sale Agreements signed between the parties. This Notice does not contain all terms of the sale.

6. The Trustee believes that these sales are in the best interest of the estate and its creditors. The properties are sold as is and where is. The Trustee makes no representations or warranties herein and the sales are without recourse against said Trustee, either individually or as Trustee.

7. This Chapter7 proceeding is a related or companion case to Ismail Arslangiray Chapter 11, No. 11-42290. Mark D. Waldron is the appointed Plan Administrator pursuant to the confirmed Chapter 11 plan. Other than the administrative expenses and the debt owing to Pierce County for unpaid real property taxes, there are no other creditors of Silverlake Highlands, LLC. Mark D. Waldron as Plan Administrator did file a Proof of Claim in this Chapter 7 on behalf of the Chapter 11 Estate of Arslangiray. Eventually all available proceeds for distribution to unsecured creditors or equity creditors will be paid to the Arslangiray Chapter 11 proceeding. Additionally, the above proposed sales are the last remaining lots left in this debtor's estate. Once these lots are closed, the Trustee can proceed to closing this estate and distribute funds to the Chapter 11 estate.

8. The Trustee has executed a listing agreement with Neil Walter and has agreed to pay a 5% commission on the gross sales price, divided between the listing and selling broker. The Trustee does hereby request authority to pay the same at closing.

9. The Trustee requests authority to pay, at closing from proceeds of the sale any

Motion to Sell Real Property - 3

LAW OFFICES
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

Case 12-48192-PBS    Doc 66    Filed 03/31/15    Ent. 03/31/15 11:00:35    Pg. 3 of 4

costs of sale, including commissions, escrow fees, title insurance, real property taxes and the like.

DATED this 30th day of March, 2015.

ORLANDINI & WALDRON, P.S.

/s/ Mark D. Waldron
MARK D. WALDRON (WSBA #9578)
Attorney for Trustee

Motion to Sell Real Property - 4

LAW OFFICES
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

Case 12-48192-PBS    Doc 66    Filed 03/31/15    Ent. 03/31/15 11:00:35    Pg. 4 of 4